827 A.2d 385

Victor N. DEANER, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION
PAROLE, Appellee.

Supreme Court of Pennsylvania.

May 23, 2003.

## ORDER

PER CURIAM.

AND NOW, this 23rd day of May, 2003, the above captioned appeal is quashed as untimely. 42 Pa.C.S. § 5571 and Pa. R.A.P. 105(b).